03/19/2019 6:46 FAX   +17185897124+                                    ☒ 0002/0002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------X
SOLOMON CHEHEBAR,                        Civil Case No. 3:18-cv-16795

          Plaintiff,
                                    STIPULATION OF DISMISSAL
  -against-                                WITH PREJUDICE

SIMON'S AGENCY, INC.,

          Defendant.
---------------------------------------------------X

It is hereby stipulated and agreed by and among the undersigned attorneys for Defendant, Simon's Agency, Inc., and Plaintiff, Solomon Chehebar, that all claims against Defendant, Simon's Agency, Inc. are hereby dismissed with prejudice and without costs or attorneys' fees.

L'ABBATE BALKAN COLAVITA            EDWARD B. GELLER, ESQ., PC
& CONTINI, LLP                      Attorneys for Plaintiff,
Attorneys for Defendant,            Solomon Chehebar
Simon's Agency, Inc.

By: _____         By: _____
    Alyse Berger Heilpern, Esq.              Edward B. Geller, Esq.

DATED: 3/19/19                      DATED:

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.   4-23-19